1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENIFER ESHOM,<br><br>    Plaintiff,<br><br>  v.<br><br>KING COUNTY, a Washington<br>municipal corporation,<br><br>    Defendant. | CASE NO. 23-cv-28<br><br>MINUTE ORDER |
| JOSEPH ESHOM,<br><br>    Plaintiff,<br><br>  v.<br><br>KING COUNTY, a Washington<br>municipal corporation,<br><br>    Defendant. | CASE NO. 24-cv-7 |

  The following Minute Order is made by direction of the Court, the Honorable

Jamal N. Whitehead, United States District Judge:

MINUTE ORDER - 1

On February 7, 2024, the Court granted the parties' stipulated motion to consolidate the matters captioned as *Jenifer Eshom v. King County*, No. 23-cv-28 and *Joseph Eshom v. King County*, No. 24-cv-7 for discovery purposes only. Through a later-filed Joint Status Report, the parties requested a dual-captioned case and a common cause number for the separate actions, but they maintain that the cases should not be consolidated for all purposes at this time.

Accordingly, the case caption will be reformed as a dual-caption case referring to both matters as shown above. Since it's the lower-numbered case, *Jenifer Eshom's* case will constitute the main docket for filing any discovery related motions. Because the cases are not consolidated for all purposes, the Court will not issue a single cause number combining the dockets for both matters.

It is so ORDERED.

Dated this 24th day of May, 2024.

<div style="margin-left:50%">

Ravi Subramanian
Clerk
*/s/Kathleen Albert*
Deputy Clerk

</div>