HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENIFER ESHOM,<br><br>         Plaintiff,<br><br> v.<br><br>KING COUNTY, a Washington municipal corporation,<br><br>         Defendant. | No. 2:23-cv-00028-JNW<br><br>STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE CERTAIN CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 27, 2024 |
| JOSEPH ESHOM,<br><br>         Plaintiff,<br><br> v.<br><br>KING COUNTY, a Washington municipal corporation,<br><br>         Defendant. | No. 2:24-cv-00007-JNW |

STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE CERTAIN CASE DEADLINES – 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Plaintiffs Jenifer and Joseph Eshom and Defendant King County jointly request that this Court vacate and continue certain case deadlines, including Jenifer Eshom's trial date, thereby establishing the case schedule set forth in the table below.[1]

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Joseph Eshom Jury Trial (8-10 days) | September 8, 2025 | September 8, 2025 |
| Jenifer Eshom Jury Trial (8-10 days) | June 9, 2025 | November 3, 2025 |
| Deadline for Filing Amended Pleadings | November 11, 2024 | November 11, 2024 |
| Disclosure of Non-Financial Expert Testimony | November 11, 2024 | November 11, 2024 |
| Disclosure of Non-Financial Rebuttal Expert Testimony | December 11, 2024 | December 11, 2024 |
| Disclosure of Financial Expert Testimony | December 9, 2024 | December 9, 2024 |
| Disclosure of Rebuttal Expert Financial Testimony | January 9, 2025 | January 9, 2025 |
| Filing of Discovery Motions | December 11, 2024 | February 7, 2025 |
| Discovery Complete | January 10, 2025 | March 7, 2025 |
| Filing of Dispositive Motions | February 9, 2025 | April 7, 2025 |
| Filing of Motions Challenging Expert Witnesses Under *Daubert* | February 9, 2025 | April 7, 2025 |
| Joseph Eshom Settlement Conference | July 10, 2025 | July 10, 2025 |
| Joseph Eshom Motions In Limine | July 30, 2025 | July 30, 2025 |
| Joseph Eshom Deposition Designations Submitted to the Court | August 18, 2025 | August 18, 2025 |
| Joseph Eshom Agreed Pretrial Order Submitted to the Court | August 18, 2025 | August 18, 2025 |
| Joseph Eshom Trial Briefs, Proposed Voir Dire Questions, and Proposed Jury Instructions Submitted to the Court | August 25, 2025 | August 25, 2025 |

---

[1] The cumulative effect of these requested continuances is to provide the parties additional time for discovery in each of these partially consolidated cases, affirm the trial date and trial related deadlines assigned to the case by Joseph Eshom, and continue the trial date and trial related deadlines assigned to the case by Jenifer Eshom.

STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE CERTAIN CASE DEADLINES – 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

| Joseph Eshom Pretrial Conference | September 1, 2025 | September 1, 2025 |
| --- | --- | --- |
| Jenifer Eshom Settlement Conference | April 10, 2025 | September 4, 2025 |
| Jenifer Eshom Motions In Limine | April 30, 2025 | September 24, 2025 |
| Jenifer Eshom Deposition Designations Submitted to the Court | May 19, 2025 | October 13, 2025 |
| Jenifer Eshom Agreed Pretrial Order Submitted to the Court | May 19, 2025 | October 13, 2025 |
| Jenifer Eshom Trial Briefs, Proposed Voir Dire Questions, and Proposed Jury Instructions Submitted to the Court | May 26, 2025 | October 20, 2025 |
| Jenifer Eshom Pretrial Conference | June 2, 2025 | October 27, 2025 |

Good cause supports this joint request because:

1. The parties are working amongst themselves to resolve discovery disputes concerning: (A) financial disclosures, (B) document collection, (C) written discovery, (D) complex e-discovery issues, and (E) deposition scheduling.

2. After several discovery conferences, the parties reached discovery agreements they believe will eliminate the need for motions or cross-motions to compel. The parties nevertheless do not believe all document productions, written discovery, and depositions can reasonably be completed before the current discovery cutoff of January 10, 2025.

3. Providing the parties their requested continuance will therefore conserve judicial resources as well as help facilitate just, speedy, and inexpensive determinations in this action. Fed. R. Civ. P. 1.

STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE CERTAIN CASE DEADLINES – 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Stipulated to this 27th day of November 2024.

| PACIFICA LAW GROUP LLP | LAW OFFICE OF BRIAN FAHLING |
|---|---|
| *s/ Jessica A. Skelton* | *s/Brian Fahling* |
| Jessica A. Skelton, WSBA #36748 | Brian Fahling, WSBA #18894 |
| | *Attorney for Plaintiffs* |
| *s/ Zachary J. Pekelis* | |
| Zachary J. Pekelis, WSBA #44557 | |
| *s/ Jacob A. Zuniga* | |
| Jacob A. Zuniga, WSBA #48458 | |

*Attorneys for Defendant King County*

STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE CERTAIN CASE DEADLINES – 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**[PROPOSED] ORDER**

The Court grants the parties' stipulated motion. The following deadlines are established:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Joseph Eshom Jury Trial (8-10 days) | September 8, 2025 | September 8, 2025 |
| Jenifer Eshom Jury Trial (8-10 days) | June 9, 2025 | November 3, 2025 |
| Deadline for Filing Amended Pleadings | November 11, 2024 | November 11, 2024 |
| Disclosure of Non-Financial Expert Testimony | November 11, 2024 | November 11, 2024 |
| Disclosure of Non-Financial Rebuttal Expert Testimony | December 11, 2024 | December 11, 2024 |
| Disclosure of Financial Expert Testimony | December 9, 2024 | December 9, 2024 |
| Disclosure of Rebuttal Expert Financial Testimony | January 9, 2025 | January 9, 2025 |
| Filing of Discovery Motions | December 11, 2024 | February 7, 2025 |
| Discovery Complete | January 10, 2025 | March 7, 2025 |
| Filing of Dispositive Motions | February 9, 2025 | April 7, 2025 |
| Filing of Motions Challenging Expert Witnesses Under *Daubert* | February 9, 2025 | April 7, 2025 |
| Joseph Eshom Settlement Conference | July 10, 2025 | July 10, 2025 |
| Joseph Eshom Motions In Limine | July 30, 2025 | July 30, 2025 |
| Joseph Eshom Deposition Designations Submitted to the Court | August 18, 2025 | August 18, 2025 |
| Joseph Eshom Agreed Pretrial Order Submitted to the Court | August 18, 2025 | August 18, 2025 |
| Joseph Eshom Trial Briefs, Proposed Voir Dire Questions, and Proposed Jury Instructions Submitted to the Court | August 25, 2025 | August 25, 2025 |
| Joseph Eshom Pretrial Conference | September 1, 2025 | September 1, 2025 |
| Jenifer Eshom Settlement Conference | April 10, 2025 | September 4, 2025 |

STIPULATED MOTION AND PROPOSED ORDER TO CONTINUE CERTAIN CASE DEADLINES – 5

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

| | | |
|---|---|---|
| Jenifer Eshom Motions In Limine | April 30, 2025 | September 24, 2025 |
| Jenifer Eshom Deposition Designations Submitted to the Court | May 19, 2025 | October 13, 2025 |
| Jenifer Eshom Agreed Pretrial Order Submitted to the Court | May 19, 2025 | October 13, 2025 |
| Jenifer Eshom Trial Briefs, Proposed Voir Dire Questions, and Proposed Jury Instructions Submitted to the Court | May 26, 2025 | October 20, 2025 |
| Jenifer Eshom Pretrial Conference | June 2, 2025 | October 27, 2025 |

The Court adds that, absent extraordinary circumstances, this will be the final trial continuance in these partially consolidated cases.

Dated this 18th day of December, 2024.

_____
Honorable Jamal N. Whitehead
United States District Court Judge

STIPULATED MOTION AND ~~PROPOSED~~
ORDER TO CONTINUE CERTAIN CASE
DEADLINES – 6

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750