HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENIFER ESHOM,<br><br>                                        Plaintiff,<br><br>   v.<br><br>KING COUNTY, a Washington municipal corporation,<br><br>                                       Defendant. | No. 2:23-cv-00028-JNW<br><br>SECOND STIPULATED MOTION AND PROPOSED ORDER TO CONTINUE CERTAIN CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 7, 2025<br><br>No. 2:24-cv-00007-JNW |
| JOSEPH ESHOM,<br><br>                                        Plaintiff,<br><br>   v.<br><br>KING COUNTY, a Washington municipal corporation,<br><br>                                       Defendant. | |

SECOND STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE CERTAIN CASE DEADLINES – 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Plaintiffs Jenifer and Joseph Eshom and Defendant King County jointly request that this Court vacate and continue certain case deadlines, including Joseph Eshom's trial date, thereby establishing the case schedule set forth in the table below.[1]

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Joseph Eshom Jury Trial (8-10 days) | September 8, 2025 | April 4, 2026 |
| Jenifer Eshom Jury Trial (8-10 days) | November 3, 2025 | November 3, 2025 |
| Deadline for Filing Amended Pleadings | November 11, 2024 | November 11, 2024 |
| Disclosure of Non-Financial Expert Testimony | November 11, 2024 | November 11, 2024 |
| Disclosure of Non-Financial Rebuttal Expert Testimony | December 11, 2024 | December 11, 2024 |
| Disclosure of Financial Expert Testimony | December 9, 2024 | December 9, 2024 |
| Disclosure of Rebuttal Expert Financial Testimony | January 9, 2025 | January 9, 2025 |
| Filing of Discovery Motions | February 7, 2025 | April 2, 2025 |
| Discovery Complete | March 7, 2025 | May 2, 2025 |
| Filing of Dispositive Motions | April 7, 2025 | June 4, 2025 |
| Filing of Motions Challenging Expert Witnesses Under *Daubert* | April 7, 2025 | June 4, 2025 |
| Jenifer Eshom Settlement Conference | September 4, 2025 | September 4, 2025 |
| Jenifer Eshom Motions In Limine | September 24, 2025 | September 24, 2025 |
| Jenifer Eshom Deposition Designations Submitted to the Court | October 13, 2025 | October 13, 2025 |
| Jenifer Eshom Agreed Pretrial Order Submitted to the Court | October 13, 2025 | October 13, 2025 |
| Jenifer Eshom Trial Briefs, Proposed Voir Dire Questions, and Proposed Jury Instructions Submitted to the Court | October 20, 2025 | October 20, 2025 |

---

[1] The cumulative effect of these requested continuances is to provide the parties additional time for discovery in each of these partially consolidated cases, affirm the trial date and trial related deadlines assigned to the case by Jenifer Eshom, and continue the trial date and trial related deadlines assigned to the case by Joseph Eshom.

SECOND STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE CERTAIN CASE DEADLINES – 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

| | | |
|---|---|---|
| Jenifer Eshom Pretrial Conference | October 27, 2025 | October 27, 2025 |
| Joseph Eshom Settlement Conference | July 10, 2025 | February 6, 2026 |
| Joseph Eshom Motions In Limine | July 30, 2025 | March 6, 2026 |
| Joseph Eshom Deposition Designations Submitted to the Court | August 18, 2025 | March 13, 2026 |
| Joseph Eshom Agreed Pretrial Order Submitted to the Court | August 18, 2025 | March 13, 2026 |
| Joseph Eshom Trial Briefs, Proposed Voir Dire Questions, and Proposed Jury Instructions Submitted to the Court | August 25, 2025 | March 20, 2026 |
| Joseph Eshom Pretrial Conference | September 1, 2025 | March 27, 2026 |

Good cause supports this joint request because:

1. The parties have been and are working amongst themselves to resolve discovery disputes concerning: (A) financial disclosures, (B) document collection, (C) complex e-discovery issues, and (D) deposition scheduling.

2. After several discovery conferences, the parties reached discovery agreements they believe will eliminate the need for motions or cross-motions to compel. The parties nevertheless do not believe all document productions and depositions can reasonably be completed before the current discovery cutoff of March 7, 2025.

3. Since the parties last appeared before this Court, those agreements have helped each party move forward. Plaintiffs have recently begun addressing Defendant's concerns regarding the adequacy of their efforts to search for, review, and produce documents and information, and Defendant believes Plaintiffs' progress so far may prove promising. Defendant too has made progress in its obligations to each Plaintiff. Specifically, Defendant resolved various complex e-discovery issues, including issues concerning the decryption of its potentially responsive and

SECOND STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE CERTAIN CASE DEADLINES – 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

non-privileged data, and has produced its responsive and non-privileged records to Plaintiffs.[2] Defendant reports it is now substantially complete in its document production obligations to Plaintiffs.

4. Finally, both parties are using (and will continue to use) best efforts to agree upon a firm deposition schedule. And on this front, the parties also have made progress.

   A. Plaintiffs recently identified twelve prospective deponents and, on January 31, 2024, noted twelve depositions to occur between February 11, 2025 and March 5, 2025. Due to competing deadlines and depositions in other matters, defense counsel are nevertheless unable to prepare for and defend twelve depositions in this case before March 5, 2025. Granting the requested continuance will allow Defendant to coordinate and confirm deposition availability of those who Plaintiffs would like to depose (to the extent Defendant employs those prospective deponents (and such objections are not otherwise objectionable)) in a fair and orderly manner without prejudice to any party.

   B. Defendant has also noted the depositions of each Plaintiff, and Plaintiffs' expert. Defendant expects the deposition of Plaintiffs' expert may proceed as noticed on February 28, 2025. Defendant will strike its depositions of Plaintiffs and renote same after issues concerning Plaintiffs' document and text message productions are resolved.

5. Providing the parties their requested continuance will therefore conserve judicial resources as well as help facilitate just, speedy, and inexpensive determinations in this action. Fed. R. Civ. P. 1.

Stipulated to this 7th day of February 2025.

| PACIFICA LAW GROUP LLP | LAW OFFICE OF BRIAN FAHLING |
|---|---|
| *s/ Jessica A. Skelton* | *s/ Brian Fahling* |
| Zachary J. Pekelis, WSBA #44557 | Brian Fahling, WSBA #18894 |
| Jessica A. Skelton, WSBA #36748 | *Attorney for Plaintiffs* |
| Jacob A. Zuniga, WSBA #48458 | |
| *Attorneys for Defendant King County* | |

---

[2] Defendants' most recent document productions were disclosed on January 9, 2025, January 17, 2025, and January 24, 2025.

SECOND STIPULATED MOTION AND
~~PROPOSED~~ ORDER TO CONTINUE
CERTAIN CASE DEADLINES – 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

## ~~[PROPOSED]~~ ORDER

The Court grants the parties' stipulated motion. The following deadlines are established:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Joseph Eshom Jury Trial (8-10 days) | September 8, 2025 | **_April 6, 2026_[3]** |
| Jenifer Eshom Jury Trial (8-10 days) | November 3, 2025 | November 3, 2025 |
| Deadline for Filing Amended Pleadings | November 11, 2024 | November 11, 2024 |
| Disclosure of Non-Financial Expert Testimony | November 11, 2024 | November 11, 2024 |
| Disclosure of Non-Financial Rebuttal Expert Testimony | December 11, 2024 | December 11, 2024 |
| Disclosure of Financial Expert Testimony | December 9, 2024 | December 9, 2024 |
| Disclosure of Rebuttal Expert Financial Testimony | January 9, 2025 | January 9, 2025 |
| Filing of Discovery Motions | February 7, 2025 | April 2, 2025 |
| Discovery Complete | March 7, 2025 | May 2, 2025 |
| Filing of Dispositive Motions | April 7, 2025 | June 4, 2025 |
| Filing of Motions Challenging Expert Witnesses Under *Daubert* | April 7, 2025 | June 4, 2025 |
| Jenifer Eshom Settlement Conference | September 4, 2025 | September 4, 2025 |
| Jenifer Eshom Motions In Limine | September 24, 2025 | September 24, 2025 |
| Jenifer Eshom Deposition Designations Submitted to the Court | October 13, 2025 | October 13, 2025 |
| Jenifer Eshom Agreed Pretrial Order Submitted to the Court | October 13, 2025 | October 13, 2025 |
| Jenifer Eshom Trial Briefs, Proposed Voir Dire Questions, and Proposed Jury Instructions | October 20, 2025 | October 20, 2025 |

---

[3] _The Court notes that the parties requested April 4, 2026—a Saturday—as Joseph Eshom's trial date. The Court sets the trial date for April 6, 2026—the following Monday._

SECOND STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE CERTAIN CASE DEADLINES – 5

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

| | | |
|---|---|---|
| Submitted to the Court | | |
| Jenifer Eshom Pretrial Conference | October 27, 2025 | October 27, 2025 |
| Joseph Eshom Settlement Conference | July 10, 2025 | February 6, 2026 |
| Joseph Eshom Motions In Limine | July 30, 2025 | March 6, 2026 |
| Joseph Eshom Deposition Designations Submitted to the Court | August 18, 2025 | March 13, 2026 |
| Joseph Eshom Agreed Pretrial Order Submitted to the Court | August 18, 2025 | March 13, 2026 |
| Joseph Eshom Trial Briefs, Proposed Voir Dire Questions, and Proposed Jury Instructions Submitted to the Court | August 25, 2025 | March 20, 2026 |
| Joseph Eshom Pretrial Conference | September 1, 2025 | March 27, 2026 |

**_The Court adds that—absent extraordinary circumstances—this will be the last continuance._**

Dated this 10th day of February 2025.

_____
Honorable Jamal N. Whitehead
United States District Court Judge

SECOND STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE CERTAIN CASE DEADLINES – 6

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750